IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-31245
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONARD N. HEDRICK,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CR-10011-ALL
- - - - - - - - - -
June 25, 1998

Before WISDOM, DUHÉ, and PARKER, Circuit Judges

PER CURIAM:[*]

Leonard N. Hedrick appeals the district court's order affirming his bench trial conviction before a magistrate judge for taking and aiding and abetting others in taking migratory birds with the aid of bait in violation of 16 U.S.C. § 703 and 50 C.F.R. § 20.21(i).  We have reviewed the record and Hedrick's arguments on appeal.  We find that his conviction is supported by sufficient evidence.  When all the evidence is considered and the inferences that are drawn are all in favor of the verdict, a rational trier of fact could have found that Hedrick's fields

_____

[*]   Under 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except in the limited circumstances set forth in 5TH CIR. R. 47.5.4.

were not baited as part of a bona fide agricultural operation. See 50 C.F.R. § 20.21(I); United States v. Sylvester, 848 F.2d 520, 522 (5th Cir. 1988).

AFFIRMED.